### 9402. BECK v. ARMOUR FERTILIZER WORKS.

BLOODWORTH, J. There is no merit in any of the grounds of the amendment to the motion for a new trial. The evidence authorized the verdict.  *Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED MAY 17, 1918.

Complaint; from Murray superior court—Judge Tarver. November 3, 1917.

*E. H. Beck, W. E. Mann,* for plaintiff in error.

*King & Starr,* contra.